It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice CASTILLE files a dissenting statement in which Justice SAYLOR joins.

Justice CASTILLE, dissenting.

I respectfully dissent. I would make respondent's suspension congruent with the suspension that respondent received in the State of New Jersey, thereby avoiding a situation where respondent may be reinstated to the practice of law in Pennsylvania while simultaneously serving a suspension imposed by the State of New Jersey. At this Court noted in *In re Iulo,* 564 Pa. 205, 766 A.2d 335 (2001):

> [D]eterrence is a considerable factor in matters of reciprocal discipline. Pennsylvania will not tolerate a reputation for welcoming disbarred attorneys from other jurisdictions to practice law with impunity in our courtrooms. Although we have always favored a system of professional discipline that weighs each individual case on its merits, we acknowledge that sometimes a brightline rule must be drawn. The need to deter other similarly situated attorneys from swarming to our courts is cause to create such a brightline rule.

*Id.* at 340–41.

Justice SAYLOR joins this dissenting statement.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Douglas Gerald KUNKLE, Respondent.**

**No. 681 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 7, 2002.

### ORDER

PER CURIAM:

AND NOW, this 7th day of May, 2002, on certification by the Disciplinary Board that the Respondent, DOUGLAS GERALD KUNKLE, who was suspended by Order of this Court dated April 19, 2002, for a period of six months retroactive to August 22, 2001, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, DOUGLAS GERALD KUNKLE, is hereby reinstated to active status, effective immediately.

Justice CASTILLE dissents.

■

**In the Matter of Patrick M. CASEY**

**No. 730 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 8, 2002.

### ORDER

PER CURIAM:

AND NOW, this 8th day of May, 2002, Patrick M. Casey having been suspended

from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated October 29, 2001; that said Patrick M. Casey having been directed on March 5, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Patrick M. Casey is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.